PROB 12B
(7/93)

Report Date: January 23, 2012

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 24 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Edwin Roy Johnson          Case Number: 2:02CR06049-001

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen

Date of Original Sentence: 7/28/2003          Type of Supervision:

Original Offense: Possession of a Firearm by a    Date Supervision Commenced: 9/22/2011
Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 120 Months; TSR - 36    Date Supervision Expires: 9/21/2014
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    The defendant shall reside in and participate in the program of an inpatient drug treatment center, as
      directed by the probation officer, for a period not to exceed 120 days.

## CAUSE

On September 22, 2011, Mr. Johnson was released from the Bureau of Prisons after serving his 120 month prison sentence. Since his release, Mr. Johnson has been residing in Hermiston, Oregon in the District of Oregon.

On November 29, 2011, Mr. Johnson submitted a urine sample that tested positive for the use of methamphetamine. He has since failed to attend treatment on two occasions and has admitted to using prescription painkiller for which he has no prescription. Mr. Johnson has also agreed to add the special condition to his supervision that he participate in an inpatient drug treatment program, as directed by the probation officer, for a period not to exceed 120 days.

Please see attached signed waiver by Mr. Johnson agreeing to the modification of his supervised release conditions for the Court's review.

Upon the Court's approval of the modified condition as noted above, the District of Oregon has also requested transfer of jurisdiction. This transfer will allow future necessary Court actions be held in their district. Should Your Honor concur with this request, the appropriate documents are attached.

Prob 12B
Re: Johnson, Edwin Roy
January 23, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/23/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

1/24/12

Date